

Ty Jones
Operations Manager · Meter Services Se

✉ Send email   💬 Start chat

Hate on Display / Not Equal

General Hate Symbols



**ALTERNATE NAMES:** Unequal, Not Equal To

Some white supremacists have adopted the mathematical sign "≠" (Not Equal or Not Equal To) as a white supremacist symbol. The use of this symbol is an attempt to claim that different races are not equal to each other (and to imply that the white race is superior).