IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIMMIE HUNT, | ) |
|     Plaintiff, | ) |
| v. | ) Docket No.    3:23-cv-00513 |
| ELECTRIC POWER BOARD OF METROPOLITAN NASHVILLE AND DAVIDSON COUNTY d/b/a NASHVILLE ELECTRIC SERVICE, | ) Judge Aleta A. Trauger<br>)<br>) Jury Demanded |
|     Defendant. | ) |

## CORRECTED CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of **DEFENDANT'S PARTIAL MOTION TO DISMISS** has been served on the below individual via the Court's electronic filing system and/or United States Postal Service, first-class postage prepaid, on December 22, 2023.

                                          Ashley L. Upkins
                                          aupkins@cochranfirmnashville.com
                                          The Cochran Firm – Nashville, LLC
                                          1720 West End Avenue, Suite 320
                                          Nashville, TN 37203
                                          (615) 678-6278

                                          *Plaintiff's Counsel*

                                                                    *s/ Mary Dohner-Smith*
                                                                      Mary Dohner-Smith