IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIMMIE HUNT, | ) |
|       Plaintiff, | ) |
| v. | ) Docket No. 3:23-cv-00513 |
| ELECTRIC POWER BOARD OF METROPOLITAN NASHVILLE AND DAVIDSON COUNTY d/b/a NASHVILLE ELECTRIC SERVICE, | ) Judge Aleta A. Trauger<br>) Jury Demanded |
|       Defendant. | ) |

## CORRECTED CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of **MEMORANDUM IN SUPPORT OF DEFENDANT'S PARTIAL MOTION TO DISMISS** (ECF 24) has been served on the below individual via the Court's electronic filing system and/or United States Postal Service, first-class postage prepaid, on December 27, 2023.

      Ashley L. Upkins
aupkins@cochranfirmnashville.com
The Cochran Firm – Nashville, LLC
1720 West End Avenue, Suite 320
Nashville, TN 37203
(615) 678-6278

*Plaintiff's Counsel*

      *s/ Mary Dohner-Smith*
Mary Dohner-Smith