IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JIMMIE HUNT ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:23-cv-512 |
| ) | |
| METROPOLITAN GOVERNMENT ) | Judge Aleta Trauger |
| OF NASHVILLE, DAVIDSON ) | |
| COUNTY, TENNESSEE and ) | |
| NASHVILLE ELECTRIC ) | |
| SERVICES, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW, SUBSTITUTE COUNSEL, AND STAY DEADLINES

Pursuant to Local Rule of Court 83, Ashley Upkins and The Cochran Firm - Nashville, LLC, move the Court to withdraw as counsel of record for the Plaintiff, Jimmie Hunt, and to substitute Anne Hunter of Hunter Law Firm and Jesse Harbison of Jesse Harbison Law, as counsel of record for same. All counsel withdrawing has given due notice to Jimmie Hunt, and Jimmie Hunt has agreed to the withdrawal and substitution, as evidenced by his below signature. An exhibit of such notice is attached to this motion.

Respectfully submitted,

/s/ Ashley L. Upkins
Ashley L. Upkins, Esq. BPR#033598
**The Cochran Firm - Nashville, LLC**
1720 West End Avenue, Ste. 320
Nashville, TN 37203
(615) 495-5990
Attorney for the Plaintiff

/s *Anne Bennett Hunter*
Anne Bennett Hunter, BPR # 02407
Hunter Law Firm
101 Creekside Crossing, Suite 1700-307
Brentwood, TN 37027
(615) 592-2977
anne@hunteremploymentlaw.com


/s *Jesse Harbison*
Jesse Harbison, BPR # 032105
Jesse Harbison Law PLLC
P.O. Box 68251
Nashville, TN 37206
(615) 415-3285
jesse@jesseharbisonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served via the Court's electronic filing system upon:

Mary Dohner Smith, TN BPR No. 021451
William A. Blue, Jr., TN BPR No. 10378
Jacob A. Freeland, TN BPR No. 039696
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
750 Old Hickory Blvd. Ste. 260-2
Brentwood, TN 37027
zblue@constangy.com
mdohner@constangy.com
jfreeland@constangy.com

on January 10th 2024.

s/ Ashley L. Upkins
Ashley L. Upkins

## CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF JIMMIE HUNT

I, Jimmie Hunt, consent to the withdrawal of Ashley L. Upkins and The Cochran Firm – Nashville, LLC, in accordance with Local Rule 83.4(g), as attorneys of record in each of the above-referenced matters.

*Jimmie Hunt (Jan 10, 2024 15:50 CST)*

Jimmie Hunt

Jan 10, 2024

Date