# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| JIMMIE HUNT | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 3:23-cv-513 |
| | ) | |
| METROPOLITAN GOVERNMENT | ) | Judge Aleta Trauger |
| OF NASHVILLE, DAVIDSON | ) | |
| COUNTY, TENNESSEE and | ) | |
| NASHVILLE ELECTRIC | ) | |
| SERVICES, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO WITHDRAW, SUBSTITUTE COUNSEL, AND STAY DEADLINES

Pursuant to Local Rule of Court 83, Ashley Upkins and The Cochran Firm - Nashville, LLC, move the Court to withdraw as counsel of record for the Plaintiff, Jimmie Hunt, and to substitute Anne Hunter of Hunter Law Firm and Jesse Harbison of Jesse Harbison Law, as counsel of record for same. All counsel withdrawing has given due notice to Jimmie Hunt, and Jimmie Hunt has agreed to the withdrawal and substitution, as evidenced by his below signature. An exhibit of such notice is attached to this motion.

Respectfully submitted,

/s/ Ashley L. Upkins
Ashley L. Upkins, Esq. BPR#033598
**The Cochran Firm - Nashville, LLC**
1720 West End Avenue, Ste. 320
Nashville, TN 37203
(615) 495-5990
Attorney for the Plaintiff